**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| GERALD DAVISON | CIVIL ACTION NO. 21-2012 |
| | SECTION P |
| VS. | |
| | JUDGE S. MAURICE HICKS, JR. |
| LOUISIANA INDIGENT DEFENDER BOARD, ET AL. | MAG. JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Gerald Davison's claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

The Clerk of Court is instructed to close this case.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 17th day of March, 2022.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT